## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **PFIZER INC.,** a Delaware corporation**,** **PFIZER IRELAND PHARMACEUTICALS,** an Irish partnership, and **WARNER-LAMBERT COMPANY, LLC,** a Delaware limited liability company**,**<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>**LIMESTAR, INC.**, a corporation d/b/a **BUYPRESCRIBEDDRUGS.COM**,<br><br>　　　　　Defendant. | C.A. NO. 04-1215 (JJF) |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff instituted this action to, *inter alia,* halt the unauthorized sale of "generic Lipitor" into the United States via the internet (DI 1). The parties have resolved their dispute. Consequently, Plaintiff dismisses this action with prejudice.

　　　　　　　　　　　　　　　　　　　　　**Connolly Bove Lodge & Hutz LLP**

　　　　　　　　　　　　　　　　　　　　　___/s/ James D Heisman_____
　　　　　　　　　　　　　　　　　　　　　Rudolf E. Hutz (#484)
　　　　　　　　　　　　　　　　　　　　　Jeffrey B. Bove (#998)
　　　　　　　　　　　　　　　　　　　　　James D. Heisman (# 2746)
　　　　　　　　　　　　　　　　　　　　　1007 N. Orange Street
　　　　　　　　　　　　　　　　　　　　　P. O. Box 2207
　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19899
　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

Dated: March 16, 2006

　　　　　**IT IS SO ORDERED this ____ day of March, 2006.**

　　　　　_____
　　　　　　　　　　**U.S. District Court Judge**